**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT M. SHAW,

        Plaintiff,

v.                                            Case No. 6:15-cv-1313-Orl-37KRS

NEL NET,

        Defendant.

## ORDER

This cause is before the Court on Robert M. Shaw's "Motion to have the Federal Trade Commission audit Nel net" (Doc. 1), filed August 6, 2015.

Federal Rule of Civil Procedure 3 states that "[a] civil action is commenced by filing a complaint with the court." Mr. Shaw has not filed a complaint. Thus, no action has commenced.

To the extent that Mr. Shaw wishes for his nearly incomprehensible Motion to serve as the operative complaint, the Court finds that it is due to be stricken for failure to comply with the pleading standards of Federal Rule of Civil Procedure 8(a) and 10(b).

Moreover, to the extent that Mr. Shaw's Motion is an effort to get around the Court's Order in *Cooper v. Nelnet*, 6:14-cv-314-Orl-37DAB ("*Cooper*"), it is improper.[1]

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

---

[1] The Court previously denied Mr. Shaw's request to join as a plaintiff in *Cooper*. (Doc. 84, *Cooper* ("*Cooper* Order").) Regardless, he requests summary judgment in *Cooper* (Doc. 89, *Cooper*) and, presumably to get around the *Cooper* Order, he has filed the instant Motion and another incomprehensible motion in a different case, *see Shaw v. Nel Net*, 6:15-cv-1296-Orl-37DAB. Any effort to circumvent the *Cooper* Order is unavailing.

1. The "Motion to have the Federal Trade Commission audit Nel net" (Doc. 1) is **STRICKEN**.

2. The case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to terminate all pending motions and close the case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 15, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Pro se Party